IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

PRASHANTH C. SAI RANGA )
_____ )
_____ )
Plaintiff(s),             )   CIVIL ACTION NO.
                          )
v.                        )   2:07cv655 -WKW
VICTOR BIEBIGHAUSER       )
SOUTH UNIVERSITY OF ALABAMA )
_____ )
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P O BOX 2407, OPELIKA, AL-36801

2. Name and address of defendant(s): VICTOR BIEBIGHAUSER, PRESIDENT. SOUTH UNIVERSITY, 5600, VAUGHN ROAD, MONTGOMERY, ALABAMA-36116

3. Place of alleged violation of civil rights: SOUTH UNIVERSITY, MONTGOMERY, AL

4. Date of alleged violation of civil rights: JANUARY 2007

5. State the facts on which you base your allegation that your constitutional rights have been violated: WHEN I STARTED MY JOB AS AN INSTRUCTOR WITH THE DEPT OF INFORMATION TECHNOLOGY, I WAS WAY MORE QUALIFIED THAN THE INCUMBANT PROGRAM DIRECTOR. HOWEVER, THE MANAGEMENT OF SOUTH UNIV. TOLD ME THAT I WOULD BE MADE THE PROGRAM DIRECTOR UPON COMPLETION OF MY PhD (WHICH I WAS PURSUING AT THE TIME OF MY APPOINTMENT IN OCT/04). HOWEVER AFTER THE COMPLETION OF MY PhD FROM AUBURN UNIV IN DEC/06, THE MANAGEMENT BRUSHED ASIDE THE ISSUE AND REFUSED TO PROMOTE ME. THIS DESPITE THE FACT THAT I WAS WAY MORE QUALIFIED (WITH A PhD) THAN THE INCUMBANT PROGRAM DIRECTOR (Mr. RON MOODY) AND HAD MORE TEACHING EXPERIENCE.

TOGETHER WITH THIS, MR MOODY CONSISTENTLY HARASSED ME BY UNDERMINING MY PERFORMANCE AND BY MAKING FRIVOLOUS COMPLAINTS AGAINST ME TO THE DEAN OF ACADEMIC AFFAIRS (Mr. BASIL MANLY) THROUGH EMAIL. ONE SUCH COMPLAINT WAS REGARDING THE FACT THAT I HAD FORGOTTEN TO LOG OFF FROM THE INSTRUCTOR'S COMPUTER IN THE CLASSROOM.

6.    Relief requested: __3 MILLION USD__

Date: __07/04/2007__                              _____
                                                                  Plaintiff(s) Signature

PRASHANTH SAIRANGA, PhD
P.O BOX 2407
OPELIKA, AL - 36801

MONTGOMERY AL 361
17 JUL 2007 PM 1 T

MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
PO BOX 711
MONTGOMERY, AL 36101-0711

36101+0711

THIS CORRESPONDENCE IS FORWARDED
THE LEE COUNTY DETENTION CENTER. THE
CONTENTS HAVE NOT BEEN EVALUATED AND
THE LEE COUNTY DETENTION CENTER IS NOT
RESPONSIBLE FOR THE SUBSTANCE OR
CONTENTS OF THE ENCLOSED COMMUNICATION