IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRASHANTH C. SAI RANGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:07-cv-655-WKW |
| v. | ) | |
| | ) | |
| VICTOR BIEBIGHAUSER and | ) | |
| SOUTH UNIVERSITY OF ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 3rd day of August, 2007.

                                              /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE