IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PRASHANTH C. SAI RANGA,               )
                                       )
            Plaintiff,                 )
                                       )
                                       )
v.                                     )
                                       )   CIVIL ACTION NO. 2:07cv655-WKW
VICTOR BIEBIGHAUSER, *et al.*,         )
                                       )
            Defendants.                )

## ORDER

Upon consideration Plaintiff's Complaint (Doc. #1) and Motion for Leave to

Proceed *in forma pauperis* (Doc. #2), it is

ORDERED that **on or before August 20, 2007**, Plaintiff shall file the following

documents with the Court:

1. Evidence of a (including but not limited to) right to sue letter from the Equal

Employment Opportunity Commission; and

2.  A certified statement by an appropriate institutional officer showing all

receipts, expenditures, and balances during the last six months in your institutional

accounts.  If you have multiple accounts, perhaps, because you have been in multiple

institutions, attach one certified statement for each account.

Failure to submit the requested documents may lead to dismissal of your

Complaint; it may also lead to denial of your motion to proceed *in forma pauperis*, which

would require you to prepay in full the filing fee ($350.00) prior to service of process.

DONE this 6th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE