IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PRASHANTH C. SAI RANGA,      )
                             )
          Plaintiff,         )
                             )
                             )
v.                           )
                             )   CIVIL ACTION NO. 2:07cv655-WKW
VICTOR BIEBIGHAUSER, *et al.*, )
                             )
          Defendants.        )

## ORDER ON MOTION

Plaintiff has filed a Complaint (Doc. #1) commencing this action, as well as a

motion to proceed *in forma pauperis* (Doc. #2).  In considering the motion, the

undersigned ordered Plaintiff, who is currently incarcerated, to file "[a] certified

statement by an appropriate institutional officer showing all receipts, expenditures, and

balances during the last six months in your institutional accounts" on or before August 20,

2007.  Order of August 6, 2007, (Doc. #4).  The Court further noted that if Plaintiff had

multiple accounts, perhaps, because she has been in multiple institutions, she must attach

one certified statement for each account.[1]  The undersigned cautioned Plaintiff in the

Order that her failure to submit the requested financial information "may . . . lead to

denial of [her] motion to proceed *in forma pauperis*, which would require [her] to prepay

in full the filing fee ($350.00) prior to service of process."  Id.

---

[1]The undersigned also ordered Plaintiff to file other information not relevant to the
motion to proceed *in forma pauperis*.

To date, Plaintiff has failed to submit the requisite financial information.

Accordingly, it is

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. #2) is DENIED without prejudice.  This court determines that based upon the information provided Plaintiff has sufficient funds with which to pay her application fee.  It is further

ORDERED that Plaintiff has thirty days, or until September 26, 2007, to pay the filing fee or her case will be dismissed.

Done this 27th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE