IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PRASHANTH C. SAI RANGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-655-WKW |
| | ) | |
| VICTOR BIEBIGHAUSER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

On July 18, 2007, Plaintiff Prashanth C. Sai Ranga commenced this action. Compl. (Doc. #1) at 1. Plaintiff also moved the Court for leave to proceed *in forma pauperis* (Doc. #2). In considering the motion, the Magistrate Judge ordered Plaintiff, who is currently incarcerated, to file "[a] certified statement by an appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts" on or before August 20, 2007. Order of August 6, 2007, (Doc. #4). The Magistrate Judge further noted that if Plaintiff had multiple accounts, perhaps, because she has been in multiple institutions, she must attach one certified statement for each account.[1] The Magistrate Judge cautioned Plaintiff in the Order her failure to submit the requested financial information "may . . . lead to denial of [her] motion to proceed *in forma pauperis*, which would require [her] to prepay in full the filing fee ($350.00) prior to service of process." *Id.* Plaintiff failed to file the requested financial information.

---

[1]The undersigned also ordered Plaintiff to file other information not relevant to the motion to proceed *in forma pauperis*.

The court consequently denied Plaintiff's motion for leave to proceed *in forma pauperis,* because, based upon the information provided, Plaintiff had sufficient funds with which to pay her application fee. Order of August 27, 2007, (Doc. #5). The Magistrate Judge further ordered Plaintiff to pay the filing fee within thirty days, or by September 26, 2007, or the court would dismiss her case. *Id*. To date, Plaintiff has failed to pay her filing fee. Accordingly, it is

ORDERED and ADJUDGED that Plaintiff's case is DISMISSED without prejudice for failure to pay the requisite filing fee.

An appropriate judgment will be entered herewith.

Done this 16th day of October, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE